AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Swank, Kimberly A. | US District Court, Eastern District of North Carolina | 08/09/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Magistrate Judge - Part-time | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

US Courthouse Annex
215 South Evans Street
Greenville, NC 27858

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Committee Member | ▇▇▇▇▇▇▇▇ |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 08/09/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Vidant Medical Center |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 08/09/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ▮▮▮▮▮▮ | Tuition | None |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. State Employees' Credit Union Accounts | A | Int./Div. | K | T | | | | | |
| 2. PNC Bank account | A | Interest | J | T | | | | | |
| 3. Rental Property, Greenville NC (2012 $280,000) | | None | N | R | | | | | |
| 4. Brokerage Acct #1 (IRA) (H) | | | | | | | | | |
| 5. --AFS Intl Growth | | None | | | Sold | 02/26/15 | J | A | |
| 6. --Alger Sm/Mid Cap Growth | | None | | | Sold | 02/26/15 | J | C | |
| 7. --Delaware Select Growth Fund | | None | | | Sold | 02/26/15 | J | C | |
| 8. --Goldman Sachs Comm Strat | | None | | | Sold | 02/26/15 | J | | |
| 9. --Harbor Capital Appreciation Fund Instl | | None | | | Sold | 02/24/15 | J | D | |
| 10. --Harbor Int'l Fund Instl | | None | | | Sold | 02/24/15 | J | B | |
| 11. --Hotchkis & Wiley Mid Cap Val | | None | | | Sold | 02/26/15 | J | C | |
| 12. --Invesco Growth & Income | | None | | | Sold | 02/26/15 | J | C | |
| 13. --John Hancock Classic Value | | None | | | Sold | 02/26/15 | J | C | |
| 14. --John Hancock Disciplined Value Mid Cap | | None | | | Sold | 02/26/15 | J | B | |
| 15. --JP Morgan Fed Money Mkt | A | Int./Div. | | | Closed | 02/24/15 | J | | |
| 16. --Lazard Dev Mkts Eqty | | None | | | Sold | 02/24/15 | J | | |
| 17. --MainStay Cornerstone Growth | | None | | | Sold | 02/24/15 | J | B | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --MainStay ICAP Int'l I | | None | | | Sold | 02/24/15 | J | B | |
| 19. --Morgan Stanley Glob Real Est | | None | | | Sold | 02/24/15 | J | A | |
| 20. --Oppenheimer Int'l Growth (OIGYX) | A | Dividend | | | Sold | 05/26/15 | J | C | |
| 21. --Oppenheimer Mainstreet | | None | | | Sold | 02/26/15 | J | A | |
| 22. --Rainier Mid Cap Equity | | None | | | Sold | 02/26/15 | J | C | |
| 23. --Sentinel Funds Common Stock | | None | | | Sold | 02/26/15 | J | B | |
| 24. --T Rowe Price Int'l Stock | | None | | | Sold | 02/24/15 | J | B | |
| 25. --Victory Integrated (formerly --Munder Veracity Sm Cap Val) | | None | | | Sold | 02/24/15 | J | B | |
| 26. --Aberdeen Div Alts (GASAX) | A | Dividend | J | T | Buy | 02/24/15 | J | | |
| 27. --AMG GW&K Small Cap Core (GWETX) | | None | | | Buy | 02/26/15 | J | | |
| 28. | | | | | Sold | 05/26/15 | J | A | |
| 29. --Boston Partners Small Cap Val (BPSIX) | A | Dividend | J | T | Buy | 02/24/15 | J | | |
| 30. --Clearbridge Aggressive (SAGYX) | A | Dividend | J | T | Buy | 05/21/15 | J | | |
| 31. --Delaware US Growth (DEUIX) | | None | | | Buy | 02/26/15 | J | | |
| 32. | | | | | Sold | 05/26/15 | J | A | |
| 33. --Hartford Core Equity (HGIIX) | A | Dividend | J | T | Buy | 05/26/15 | J | | |
| 34. --Invesco Sm Cap Growth (GTSYX) | A | Dividend | J | T | Buy | 05/26/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --John Hancock Bond Fund (JHBIX) | A | Dividend | J | T | Buy | 05/26/15 | J | | |
| 36. --John Hancock Intl Growth (GOGIX) | A | Dividend | J | T | Buy | 05/26/15 | J | | |
| 37. --JP Morgan Equity Inc. (HLIEX) | A | Dividend | J | T | Buy | 02/24/15 | J | | |
| 38. --MFS Intl Val (MINIX) | A | Dividend | J | T | Buy | 02/26/15 | J | | |
| 39. --MFS Mid Cap Val (MCVIX) | A | Dividend | J | T | Buy | 02/26/15 | J | | |
| 40. | | | | | Sold (part) | 05/26/15 | J | A | |
| 41. --Oakmark Fund (OAKMX) | | None | | | Buy | 02/24/15 | J | | |
| 42. | | | | | Sold | 05/21/15 | J | A | |
| 43. --Oppenheimer Dev Mkts (ODVYX) | A | Dividend | J | T | Buy | 02/26/15 | J | | |
| 44. --PIMCO Inc Fund (PONPX) | A | Dividend | | | Buy | 02/24/15 | J | | |
| 45. | | | | | Sold | 05/21/15 | J | A | |
| 46. --Pioneer Bond Fund (PICYX) | A | Dividend | J | T | Buy | 02/26/15 | J | | |
| 47. --Principal Mid Cap (PMCPX) | A | Dividend | J | T | Buy | 02/26/15 | J | | |
| 48. | | | | | Sold (part) | 05/26/15 | J | | |
| 49. --RJ Bank Dep Program Sweep | A | Int./Div. | J | T | Open | 02/19/15 | J | | |
| 50. --Templeton Global Bnd (TGBAX) | A | Dividend | | | Buy | 02/26/15 | J | | |
| 51. | | | | | Sold | 05/26/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Third Ave R/E Val (TAREX) | A | Dividend | J | T | Buy | 02/26/15 | J | | |
| 53. --Western Asset Mtg Backed Sec (SGSYX) | A | Dividend | J | T | Buy | 05/21/15 | J | | |
| 54. VOYA Index Plus Lg Cap | | None | K | T | | | | | |
| 55. Investment Co of America Fund Class A | B | Dividend | J | T | | | | | |
| 56. Brokerage Acct #2 (H) | | | | | | | | | |
| 57. --Fidelity Balanced Fund | E | Dividend | M | T | | | | | |
| 58. --Invesco Comstock Fund Class A | C | Dividend | K | T | | | | | |
| 59. --Touchstone MidCap Value Instl Class | A | Dividend | J | T | | | | | |
| 60. -- T Rowe Price Blue Chip Growth Fund | B | Dividend | K | T | | | | | |
| 61. Brokerage Acct #3 (H) | | | | | | | | | |
| 62. --ABBV | A | Dividend | J | T | | | | | |
| 63. --ABT | A | Dividend | J | T | | | | | |
| 64. --CSCO | A | Dividend | J | T | | | | | |
| 65. --D | A | Dividend | J | T | | | | | |
| 66. --HSP | A | Dividend | | | Sold | 09/30/15 | J | B | |
| 67. --MSFT | A | Dividend | J | T | | | | | |
| 68. --Janus Enterprise Fund JAENX | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 08/09/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --Vanguard 500 Index Fund VFINX | A | Dividend | K | T | | | | | |
| 70. --Touchstone Strategic Tr Focused Fund TFFYX | A | Dividend | J | T | | | | | |
| 71. --JP Morgan Tr II Liquid Assets Money Mkt JLEXX | A | Dividend | | | Closed | 12/04/15 | J | | |
| 72. --Ext Ins Sweep Dep Acct | A | Dividend | J | T | Open | 12/04/15 | J | | |
| 73. Equitable Variable Life | A | Interest | J | T | | | | | |
| 74. NC 529 Plans, Growth Portfolio & Mod Growth Portfolio | | None | L | T | | | | | |
| 75. | | | | | | | | | |
| 76. | | | | | | | | | |
| 77. | | | | | | | | | |
| 78. | | | | | | | | | |
| 79. | | | | | | | | | |
| 80. | | | | | | | | | |
| 81. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 08/09/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Swank, Kimberly A. | 08/09/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kimberly A. Swank**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544